**266**

## In re MICHAEL C.
### No. 82–160–Appeal.
Supreme Court of Rhode Island.

Feb. 18, 1983.

Paul L. Foster, Cranston, Department for Children and Their Families, for petitioner.

Joseph R. DeCiantis, Providence, for respondent.

### ORDER

On Monday, February 14, 1983, the respondent mother, through her counsel, appeared before this court in response to our order to show cause why her appeal from a Family Court decree terminating her parental rights should not be dismissed and, in so doing, point out to us in what respects the trial justice overlooked or misconceived material evidence in the record or was otherwise clearly wrong. *In re Kenneth,* R.I., 439 A.2d 1366 (1982).

After an examination of the record and consideration of the arguments of counsel, we are of the belief that cause has not been shown.

Accordingly, the respondent's appeal is denied and dismissed, and the decree appealed from is affirmed.

## Nicholas RUSSO, Filomena Russo, Grasso's Olneyville Gulf, Wayne's Atlantic Service, Inc.
### v.
## BLUE CROSS OF RHODE ISLAND d/b/a Blue Cross Blue Shield of Rhode Island.
### No. 80–187–Appeal.
Supreme Court of Rhode Island.

Feb. 18, 1983.

Edward J. Mulligan, Warwick, Arnold N. Montaquila, Johnston, for plaintiff.

Steven E. Snow, Providence, for defendant.

### ORDER

This matter was before the Court on an order issued directing the plaintiffs to appear and show cause why their appeal ought not to be dismissed, said appeal having been taken from summary judgment entered by the trial justice.

After hearing counsel thereon, it is the conclusion of the court that cause has not been shown.

The plaintiffs' appeal is denied and dismissed.

WEISBERGER and MURRAY, JJ., did not participate.